67 A.3d 1189

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JULIE L. MICHAELS A/K/A, LYNN MICHAELS, JULIE LYNN, JOLINE BROOKS, JODIE L. CALLOWAY, JODIE CALLAWAY, DEFENDANT–PETITIONER.

June 28, 2013.

ORDERED that the petition for certification is granted, limited to the issue of whether defendant's right of confrontation was violated by the admission of the expert testimony and report regarding the results of the laboratory analysis of defendant's blood samples.